JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUAN CASILLAS VILLEGA,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-06709-BFM

**JUDGMENT**

On November 18, 2026, the Court issued an order granting the petition and ordered Petitioner Juan Casillas Villega (A# 233-808-580) immediately released on reasonable conditions. (ECF 9 at 4.) Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 10.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: November 20, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE